IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE L. FIGUEROA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:16-cv-10744 |
| ) | |
| ASHFORD HOUSE RESTAURANT & ) | Hon. Joan H. Lefkow |
| BAR, INC. and MICHAEL WINSTON, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

This matter comes before the Court on Plaintiff's Motion to Enforce Settlement Agreement against Defendants Ashford House Restaurant & Bar, Inc. and Michael Winston. Plaintiff's Motion to Enforce Settlement Agreement is GRANTED.

The Court finds good cause to award damages in the amount of $7,520.83.

It is ORDERED that a default is entered in the record of this case.

It is ORDERED, ADJUDGED, and DECREED that Plaintiff Jose L. Figueroa recover from the Defendants Ashford House Restaurant & Bar, Inc. and Michael Winston, jointly and severally, the amount of $7,520.83.

It is ORDERED that Plaintiff is allowed such writs and processes as may be necessary in enforcement and collection of this judgment.

Hon. Joan H. Lefkow
United States District Judge

Dated: MAY 1 5 2017